**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

LYNN PEAK PRODUCTIONS, INC.,
a Canadian Corporation

---

**MONTHLY STATUS REPORT**

---

COMES NOW Lynn Peak Productions, Inc., ("Plaintiff" or "LPP"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-02911:** Plaintiff served subpoenas on Comcast Cable Communications, LLC and CenturyLink QC on January 31, 2014.

**Civil Action No. 13-CV-2921:** Plaintiff served subpoenas on Comcast Cable Communications, LLC and CenturyLink QC on November 7, 2013. Plaintiff has dismissed does 7, 14 and 25 from this case.

**Civil Action No. 13-CV-02974:** Plaintiff served subpoenas on CenturyLink QC on November 12, 2013. Plaintiff has dismissed Does 1 and 13 from this case.

**Civil Action No. 13-CV-02984:** Plaintiff served subpoenas on Comcast Cable Communications, LLC and CenturyLink QC on November 12, 2013. Plaintiff has dismissed does 16, 19 and 29 from this case.

**Civil Action No. 13-CV-02998:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on November 12, 2013. Plaintiff has dismissed Does 10, 14, 15, 16 and 25 from this case.

**Civil Action No. 13-CV-3026:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on January 31, 2014.

**Civil Action No. 13-CV-3056:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on January 31, 2014.

**Civil Action No. 13-CV-3071:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on November 27, 2013. Plaintiff has dismissed does 17, 20, 24 and 30 from this case.

**Civil Action No. 13-CV-3079:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on November 27, 2013.  Plaintiff has dismissed does 5, 16, 17, 20 and 30 from this case.

**Civil Action No. 13-CV-3100:** Plaintiff served subpoenas on CenturyLink, QC on November 27, 2013.  Plaintiff has dismissed Does 1, 2, 3, 4, 5, 14, 17 and 22 from this case.

**Civil Action No. 13-CV-3203:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on January 31, 2014.

Respectfully submitted this 10th day of February, 2014.

BROWN & KANNADY, LLC

/s/ Scott T. Kannady

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

 I hereby certify that on 10th day of February 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

      By: /s/ Maegan Stevens
      Maegan M. Stevens, Paralegal
      Brown & Kannady, LLC